200 So.2d 668

**STATE of Louisiana**

v.

**Harold D. STRAIN.**

No. 48821.

July 10, 1967.

In re: Harold D. Strain applying for writ of certiorari.

Writ refused. The showing made discloses no error that warrants the exercise of our supervisory jurisdiction.

200 So.2d 668

**Warren SMITH**

v.

**Wingate WHITE, Acting Warden, etc.**

No. 48822.

July 11, 1967.

In re: Warren Smith applying for writ of habeas corpus.

Writ refused. The requirements of the rules of this court relating to this application have not been complied with.